

# NUMBER 13-05-00445-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**AARCHER, INC.,** **Appellant,**

**v.**

**RTC PROPERTIES II, LTD.,** **Appellee.**

---

**On appeal from the 275th District Court of Hidalgo County, Texas.**

---

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Vela and Wittig[1]
### Memorandum Opinion Per Curiam

The parties have filed a joint motion to set aside the trial court's judgment without reference to the merits and to remand this cause to the trial court to enter an agreed dismissal. According to this motion, the parties have compromised and settled their

---

[1] Retired Fourteenth Court of Appeals Justice Don Wittig assigned to this Court by the Chief Justice of the Supreme Court of Texas pursuant to the government code. *See* TEX. GOV'T CODE ANN. § 74.003 (Vernon 2005).

dispute.

The Court, having examined and fully considered the joint motion, is of the opinion that the parties have shown themselves entitled to the relief sought. Accordingly, we GRANT the joint motion and: (1) set aside the trial court's judgment without reference to the merits; (2) assess costs to the party incurring same; (3) remand to the trial court for entry of an agreed order of dismissal; and (4) release Aarcher, Inc. and its surety, Fidelity and Deposit Company of Maryland, from the supersedeas bond filed in connection with this appeal. *See* TEX. R. APP. P. 42.1(a)(2)(B).

PER CURIAM

Memorandum Opinion delivered and filed
this the 23rd day of April, 2009.